ACCEPTED
03-14-00738-CV
4280982
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 2:20:25 PM
JEFFREY D. KYLE
CLERK

**03-14-00738-CV**

In the Court of Appeals
For the Third District of Texas at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 2:20:25 PM
JEFFREY D. KYLE
Clerk

**Elness, Swenson, Graham Architects, Inc.,**
*Appellant*,

**v.**

**RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP,
and RLJ Lodging Fund II Acquisitions, LLC,**
*Appellees*.

On Appeal from the
200th Judicial District Court of Travis County, Texas
Cause Number: D-1-GN-002325
The Honorable Stephen Yelenosky, Presiding Judge

**APPELLANT'S UNOPPOSED FIRST MOTION
TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

**Gregory N. Ziegler**                          **Weston M. Davis**
Texas Bar No. 00791985                     Texas Bar No. 24065126
**Steven R. Baggett**
Texas Bar No. 01510680

**MACDONALD DEVIN, PC**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
214.744.3300 Telephone
214.747.0942  Facsimile

**Attorneys for Appellant**

1

## IDENTITY OF PARTIES AND COUNSEL

**Defendant/Appellant**

Elness, Swenson, Graham Architects, Inc.

**Counsel for Defendant/Appellant**

Gregory N. Ziegler
Texas Bar No. 00791985
Steven R. Baggett
Texas Bar No. 01510680
Weston M. Davis
Texas Bar No. 24065126
MACDONALD DEVIN, PC
1201 Elm Street
3800 Renaissance Tower
Dallas, Texas 75270
214.744.3300 Telephone
214.747.0942 Facsimile

**Counsel for Plaintiff/Appellee**

RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP, and RLJ Lodging
Fund II Acquisitions, LLC
        *represented by*
Benton T. Wheatley
Tracy L. McCreight
Jessica C. Neufeld
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Ave, Suite 3050
Austin, Texas 78701
512.391.6100 Telephone
512.391.6149 Facsimile

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), the Appellant, Elness, Swenson, Graham Architects, Inc. ("ESG"), files this Unopposed First Motion to Extend Time to File Appellant's Brief. ESG's opening brief is currently due on March 11, 2015. Counsel for ESG requests a 30-day extension of time to file its brief, making the brief due on April 10, 2015. This is the first request for extension of time to file the opening brief.

In addition to the routine matters that counsel must attend to in daily practice, counsel for ESG is preparing opening briefs for submission on March 11 and March 12, 2015 in the following Second and Fifth Court of Appeals matters:

1.  *Nexion Health at North Richland Hills, Inc. v. Stephanie Street-Larson*, No. 02-15-00047-CV, in the Second Court of Appeals, Appellant's Opening Brief due March 11, 2015; and

2.  *Nexion Health at Garland, Inc. v. Christine Townsend*, No. 05-15-00153-CV, in the Fifth Court of Appeals, Appellant's Opening Brief due March 12, 2015.

Counsel for ESG seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

Counsel for ESG has conferred with Michael W. Huddleston, counsel for the Defendant/Appellee, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to and including April 10, 2015. ESG requests all other relief to which it may be entitled.

Respectfully submitted,

By:    /s/ Weston M. Davis     
**Gregory N. Ziegler**
Texas Bar No. 00791985
GZiegler@MacdonaldDevin.com
**Steven R. Baggett**
Texas Bar No. 01510680
GZiegler@MacdonaldDevin.com
**Weston M. Davis**
Texas Bar No. 24065126
WDavis@MacdonaldDevin.com

**MACDONALD DEVIN, PC**
1201 Elm Street
3800 Renaissance Tower
Dallas, Texas 75270
214.744.3300 telephone
214.747.0942 facsimile

**Attorneys for Appellant**
**Elness, Swenson, Graham**
**Architects, Inc.**

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing Unopposed First Motion to Extend Time to File Appellant's Brief was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure via e-Filing, on February 25, 2014.

   /s/ Weston M. Davis     
**Weston M. Davis**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that counsel of ESG conferred with opposing counsel who indicated that his client does not oppose this motion.

/s/ Weston M. Davis

**Weston M. Davis**
